IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

LANDLORD SERVICE BUREAU, INC.

    Plaintiff,

v.

CENTERS FOR DISEASE CONTROL
AND PREVENTION; DR. ROCHELLE
WALENSKY, M.D., Ph.D., in her official
capacity as Director, Centers for Disease
Control and Prevention; SHERRI A.
BERGER, MSPH, in her official capacity
as Acting Chief of Staff, Centers for
Disease Control and Prevention;
Department of Health and Human
Services; NORRIS COCHRAN, in his official
capacity as acting Secretary of Health and
Human Services; and MERRICK B.
GARLAND, in his official capacity as
Attorney General of the United
States, Defendants.

    Defendants.

NO.: NO.: 2:21-CV-00346-WSH

## PLAINTIFF'S MOTION FOR EXPEDITED SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56 and 57, Plaintiff respectfully files this Motion for Expedited Summary Judgment for the reasons explained in the accompanying Memorandum in Support of this Motion, the Court should vacate the "Temporary Halt in Residential Evictions in Communities with Substantial or High Levels of Community Transmission of COVID-19 To Prevent the Further Spread of COVID-19" issued by the Centers for Disease Control and Prevention. (Administrative Record at p. 30-38).

Respectfully submitted,

JONES, GREGG, CREEHAN & GERACE, LLP


BY: /s/ John P. Corcoran, Jr.
     JOHN P. CORCORAN, JR., ESQUIRE
     PA ID. NO. 74906
     411 SEVENTH AVENUE
     SUITE 1200
     PITTSBURGH, PA 15219
     (412) 261-6400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **MOTION FOR EXPEDITED SUMMARY JUDGMENT** has been furnished, via E-mail Delivery, this 25th day of August, 2021, upon:

STEVEN A. MYERS, ESQUIRE
SENIOR TRIAL COUNSEL
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BENCH
1100 L STREET, NW
WASHINGTON, DC 20005
(steven.a.myers@usdoj.gov)

LESLIE COOPER VIGEN, ESQUIRE
TRIAL ATTORNEY
LESLIE COOPER VIGEN
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BENCH
1100 L STREET, NW
WASHINGTON, DC 20005
(leslie.vigen@usdoj.gov)

JONES, GREGG, CREEHAN & GERACE, LLP

BY  /s/   John P. Corcoran, Jr.
JOHN P. CORCORAN, JR., ESQUIRE
PA ID. NO. 74906
411 SEVENTH AVENUE
SUITE 1200
PITTSBURGH, PA 15219
(412) 261-6400

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: ___John P. Corcoran, Jr., Esquire___

Signature: ___/s/  John P. Corcoran, Jr.___

Name: ___John P. Corcoran, Jr.___

Attorney No. (if applicable): ___74906___